**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ABDLAZIZ ALSIR ALSHMIE KHALED | CIVIL ACTION NO. 26-1988 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| ELEAZER GARCIA, ET AL. | MAGISTRATE JUDGE LEBLANC |

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge, with no objections having been filed, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that Respondents' Motion to Dismiss filed, Record Document 8, is **GRANTED** and Abdlaziz Alsir Alshmie Khaled's Petition for Writ of Habeas Corpus, Record Document 1, is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 6th day of October, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE